**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RAEGAN C. WARREN,

    Plaintiff,

v.                                                                                                  Case No. 6:19-cv-02027-RPD-LRH

J.P. MORGAN CHASE BANK, N.A.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE RAEGAN C. WARREN ("Plaintiff") hereby notifies the Court that the Plaintiff and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Dated: December 12, 2019
/ s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
Florida Bar No. 1013947
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

Respectfully submitted,
/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
