## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RAEGAN C. WARREN,

    Plaintiff,                                      Case No. 6:19-cv-02027-RBD-LRH

v.

J.P. MORGAN CHASE BANK N.A.,

    Defendant.

    _____/

### NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE

NOW COMES, RAEGAN C. WARREN ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Inc., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, J.P. Morgan Chase Bank, N.A.., with prejudice. Each party shall bear its own costs and attorney fees.

Dated:  December 20, 2019

                                                               Respectfully Submitted,

                                                               /s/ Alexander J. Taylor
                                                               Alexander J. Taylor
                                                               Florid Bar No. 1013947
                                                               Sulaiman Law Group, Ltd.
                                                               2500 S. Highland Avenue, Suite 200
                                                               Lombard, IL 60148
                                                               Phone (630) 575-8181
                                                               Fax: (630)575-8188
                                                               ataylor@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on December 20, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Alexander J. Taylor*
Alexander J. Taylor
