UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEGAN C. WARREN,

        Plaintiff,

v.                                                                                          Case No:   6:19-cv-2027-Orl-37LRH

J.P. MORGAN CHASE BANK, N.A.,

        Defendant.

## O**RDER** O**F** D**ISMISSAL**

    Before the Court is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 16) filed December 20, 2019.   No answer has been filed.   Accordingly, it is

    **ORDERED** that this case is hereby **DISMISSED** with prejudice.   The Clerk is directed to close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on December 30, 2019.



ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record